**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:22-CR-01 (WLS-ALS) |
| | : | |
| ROBERT ESSICK CLARK, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### <u>Order Granting Motion to Continue</u>

Defendant Robert Clark moves to continue his trial and pretrial conference in the interests of justice. (Doc. 22). He seeks a continuance stating that Counsel has not received discovery. (Doc. 22 at 1). The Government does not oppose the instant motion. (*Id.* at 2).

Based on Clark's stated reason and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Clark in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 22) is **GRANTED**.

The trial in the case is **CONTINUED** to the Valdosta Division August 2026 trial term and its conclusion, or as may be otherwise ordered by the Court. The pretrial conference scheduled for March 18, 2026, is therefore **CANCELLED**. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 18th day of March 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1