**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,     :

                             :

v.                          :         CASE NO.: 7:22-CR-01 (WLS-ALS)

                             :

ROBERT ESSICK CLARK,       :

                             :

     Defendant.          :

_____:

## **ORDER**

The Court intends to notice this case for the August 2026 trial term. Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, May 29, 2026,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

     **SO ORDERED**, this 18th day of May 2026.

                       **/s/ W. Louis Sands**
                       **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1